IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MAGNET SOLUTIONS, INC., a Wyoming corporation;**<br><br>**Plaintiff,**<br><br>vs.<br><br>**FOREMOST INSURANCE COMPANY, a foreign insurance corporation;**<br><br>**Defendant.** | **8:20CV238**<br><br>**THIRD AMENDED CASE PROGRESSION ORDER** |

This matter comes before the Court on the parties' Joint Motion to Amend Second Amended Progression Order (Filing No. 25). After review of the parties' motion, the Court finds good cause to grant the requested extensions. Accordingly,

**IT IS ORDERED** that the Joint Motion to Amend Second Amended Progression Order (Filing No. 25) is granted, and the case progression order is amended as follows:

1) The deadlines for identifying expert witnesses and completing expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

   For the plaintiff: **June 1, 2021**
   For the defendant: **July 28, 2021**

2) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is **September 30, 2021**.

3) The planning conference scheduled on **September 10, 2021**, is cancelled. The planning conference to discuss case progression, dispositive motions, the parties' interest in settlement, and the trial and pretrial conference settings is rescheduled before the undersigned magistrate judge on **October 8, 2021**, at **11:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

4) The deadline for filing motions to dismiss and motions for summary judgment is **November 1, 2021**.

5) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is **November 1, 2021**.

6) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be

considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 23rd day of April, 2021.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge