# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MAGNET SOLUTIONS, INC.**, a Wyoming corporation;<br><br>Plaintiff,<br><br>vs.<br><br>**FOREMOST INSURANCE COMPANY**, a foreign insurance corporation;<br><br>Defendant. | **8:20CV238**<br><br>**AMENDED ORDER SETTING TRIAL** |

This matter is before the Court following a telephone conference held with counsel for the parties on March 15, 2022, before the undersigned magistrate judge. In accordance with the matters discussed during the telephone conference and for good cause shown,

**IT IS ORDERED:**

1) The jury trial of this case set to commence before Brian C. Buescher, United States District Judge, in Courtroom 5, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, is rescheduled for **9:00 a.m.** on **May 10, 2022**, or as soon thereafter as the case may be called, for a duration of five (5) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2) The Pretrial Conference scheduled before the undersigned magistrate judge is rescheduled for **April 21, 2022**, at **10:00 a.m.**, and will be conducted in chambers. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to nelson@ned.uscourts.gov, in Word format, by **3:00 p.m.** on **April 14, 2022**.

3) Motions in limine shall be filed seven days before the pretrial conference. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

Dated this 15th day of March, 2022.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge